UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

**NOTICE**
Case Number CR-2-09-126(2)
Judge Edmund A. Sargus, Jr.

**CONSTANTINO FELIS-FRANQUIS,**
    Defendant.

[ X ] **TAKE NOTICE** that the **FINAL PRETRIAL CONFERENCE** scheduled for August 27, 2009 and the **TRIAL** scheduled for September 8, 2009 have been

**VACATED**.

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

Date: August 25, 2009

/S/ *Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy
(614) 719-3244

Emailed to: Kevin Kelley, AUSA; Andrew Sanderson, Esq.; U.S. Pretrial Services, U.S. Probation, U.S. Marshal