# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

    v.                                          **CASE NO. 2:09-CR-126**
                                                           **JUDGE SARGUS**

**CONSTANTINO FELIS-FRANQUIS,**
    **Defendant.**

## ORDER

Upon application of the United States and for good cause shown, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, IT IS HEREBY ORDERED that the Indictment and Arrest Warrant, as they relate to Defendant Constantino Felis-Franquis, are dismissed.

                                                                 s/Edmund A. Sargus, Jr.
                                                                 EDMUND A. SARGUS, JR.
                                                                 United States District Judge

1/11/2022
Date